**SHA-1 Hash:** 121AC0B46088E7C235A23D4379BE65A1840E9B77     **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 74.211.47.210 | 1/2/2012 12:46 | Colorado Springs | CO | Baja Broadband | BitTorrent |
| 2 | 107.2.138.66 | 2/16/2012 15:29 | Boulder | CO | Comcast Cable | BitTorrent |
| 3 | 107.2.156.89 | 12/23/2011 6:35 | Denver | CO | Comcast Cable | BitTorrent |
| 4 | 107.2.169.17 | 12/10/2011 3:04 | Denver | CO | Comcast Cable | BitTorrent |
| 5 | 107.2.249.166 | 2/21/2012 22:00 | Denver | CO | Comcast Cable | BitTorrent |
| 6 | 174.51.235.46 | 2/14/2012 0:50 | Denver | CO | Comcast Cable | BitTorrent |
| 7 | 174.51.240.97 | 12/19/2011 23:55 | Arvada | CO | Comcast Cable | BitTorrent |
| 8 | 24.9.18.11 | 2/27/2012 7:22 | Denver | CO | Comcast Cable | BitTorrent |
| 9 | 24.9.192.33 | 1/3/2012 22:33 | Greeley | CO | Comcast Cable | BitTorrent |
| 10 | 24.9.99.96 | 3/3/2012 2:09 | Denver | CO | Comcast Cable | BitTorrent |
| 11 | 50.134.168.77 | 2/27/2012 3:18 | Denver | CO | Comcast Cable | BitTorrent |
| 12 | 67.165.248.153 | 2/23/2012 22:15 | Aurora | CO | Comcast Cable | BitTorrent |
| 13 | 67.176.40.76 | 12/21/2011 2:59 | Arvada | CO | Comcast Cable | BitTorrent |
| 14 | 67.176.55.118 | 12/16/2011 11:46 | Longmont | CO | Comcast Cable | BitTorrent |
| 15 | 67.190.164.122 | 2/9/2012 17:54 | Denver | CO | Comcast Cable | BitTorrent |
| 16 | 71.196.180.206 | 12/10/2011 1:54 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 17 | 71.196.192.125 | 3/8/2012 8:04 | Denver | CO | Comcast Cable | BitTorrent |
| 18 | 71.56.223.117 | 12/13/2011 16:34 | Golden | CO | Comcast Cable | BitTorrent |
| 19 | 75.71.250.49 | 2/13/2012 22:54 | Denver | CO | Comcast Cable | BitTorrent |
| 20 | 75.71.92.195 | 1/6/2012 18:13 | Windsor | CO | Comcast Cable | BitTorrent |
| 21 | 76.120.64.58 | 2/24/2012 17:50 | Boulder | CO | Comcast Cable | BitTorrent |
| 22 | 76.25.164.210 | 11/21/2011 8:22 | Colorado Springs | CO | Comcast Cable | BitTorrent |

EXHIBIT A

CO24

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 76.25.244.177 | 2/18/2012 2:41 | Littleton | CO | Comcast Cable | BitTorrent |
| 24 | 76.25.91.64 | 12/6/2011 3:29 | Longmont | CO | Comcast Cable | BitTorrent |
| 25 | 174.29.164.68 | 1/23/2012 6:29 | Longmont | CO | Qwest Communications | BitTorrent |
| 26 | 65.102.235.205 | 3/6/2012 15:06 | Denver | CO | Qwest Communications | BitTorrent |
| 27 | 70.57.20.158 | 3/7/2012 5:13 | Denver | CO | Qwest Communications | BitTorrent |
| 28 | 71.219.250.41 | 3/8/2012 8:25 | Colorado Springs | CO | Qwest Communications | BitTorrent |

EXHIBIT A

CO24