IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00834-DME-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-28,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 19, 2012.**

    In light of Defendant Doe #23's (Second) Motion for Leave to Proceed Anonymously [docket #33], Defendant Doe #23's (First) Motion for Leave to Proceed Anonymously [filed June 15, 2012; docket #28] is **denied as moot**.