**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-00834-DME-MEH

MALIBU MEDIA, LLC,

     Plaintiff,

v.

JOHN DOES 1-12, 14-17, 19-21, 23-24, 26-28,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF JOHN DOES 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 19, 20, 21, 26, 27 AND 28**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 19, 20, 21, 26, 27 and 28 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 74.211.47.210, 107.2.138.66, 107.2.156.89, 107.2.169.17, 107.2.249.166, 174.51.235.46, 147.51.240.97, 24.9.18.11, 24.9.192.33, 24.9.99.96, 50.134.168.77, 67.165.248.153, 67.176.55.118, 67.190.164.122, 71.196.180.206, 71.196.192.125, 75.71.250.49, 75.71.250.49, 75.71.92.195, 76.120.64.58, 70.57.20.158, 71.219.250.41, respectively. Plaintiff recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if it deems necessary. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: August 1, 2012

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker