IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00834-DME-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 23-24,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 15, 2012.**

    Defendant Doe 24's Motion for Leave to Proceed Anonymously [filed June 15, 2012; docket #30] and Defendant Doe 23's Motion for Leave to Proceed Anonymously [filed June 18, 2012; docket #33] are **granted** as follows. Defendants may proceed anonymously in this matter as "Doe 23" and "Doe 24" respectively for the purpose of adjudicating the Defendants' pending motions to quash. Upon resolution of the motions to quash, should the Defendants perceive a need to continue proceeding anonymously in this case, the Defendants must then seek permission from the Court to continue proceeding anonymously.