**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN DOES 23-24,<br><br>      Defendants. | Civil Action No. 1:12-cv-00834-DME-MEH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 19**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 19 ("Defendant") has satisfied his executor obligations. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendants from this action <u>with prejudice</u>. John Does 19 was assigned the IP Addresses 75.71.250.49. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                Respectfully submitted,

                By: /s/*Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                9609 South University Boulevard
                #632134
                Highlands Ranch, CO 80163
                Phone: 303-875-5386
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker
